# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

350 Northern Boulevard, Albany, New York 12204

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Diane Davis, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

September 23, 2011

United States Bankruptcy Court
James M. Hanley Federal Building
100 South Clinton Street, Room 315
PO Box 7008
Syracuse, New York 13261-7008

Re:  07-30651          John & Melinda Moore

To Whom It May Concern:

Enclosed please find check #**922960** in the amount of $.02. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows

Debtor Refund:   John & Melinda Moore
                 38263 Creek Road
                 Theresa, NY 13691

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

RECEIVED
SEP 26 2011
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

2011 SEP 26 AM 11:37
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
SYRACUSE
FILED